

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Daniel Franklin,
* From the 259th District Court
of Jones County,
Trial Court No. 023537.

Vs. No. 11-16-00263-CV
* October 6, 2016

Crystal Reyes et al.,
* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.